## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICOLE SCHNEYDER,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO.  06-4986** |
| | : | |
| **GINA SMITH,** | : | |
| **Defendant and Third-Party Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LAURA DAVIS, ESQUIRE, and THE** | : | |
| **DEFENDER ASSOCIATION OF** | : | |
| **PHILADELPHIA,** | : | |
| **Third-Party Defendants.** | : | |

# O R D E R

AND NOW, this 26th day of April, 2010, upon consideration of the Defendant Gina

Smith's Second Amended Motion for Summary Judgment (Document No. 76, filed October 28,

2009); Plaintiff's Memorandum of Law in Opposition to Defendant's Second Amended Motion

for Summary Judgment (Document No. 77, filed November 5, 2009); Defendant's Reply

Memorandum in Support of Defendant Gina Smith's Second Amended Motion for Summary

Judgment (Document No. 80, filed December 7, 2009); and Plaintiff's Sur-Reply Memorandum

of Law in Opposition to Defendant's Second Amended Motion for Summary Judgment

(Document No. 81, filed December 14, 2009), for the reasons set forth in the Memorandum dated

April 26, 2010, **IT IS ORDERED** that Defendant's Second Amended Motion for Summary

Judgment is **DENIED**.

**IT IS FURTHER ORDERED** that a Scheduling Conference will be conducted in due

course.

BY THE COURT:

   /s/ Hon. Jan E. DuBois
**JAN E. DUBOIS, J.**